■ DE URBAEZ V LUMBERMANS MUTUAL CASUALTY COMPANY.—Motion, insofar as it seeks reargument, denied; and insofar as it seeks leave to appeal to the Court of Appeals, the motion is granted, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur—Murphy, P. J., Kupferman, Ross, Carro and Lynch, JJ.

■ ARANTES V GOTHAM TAXI CORP.—Motion granted to the extent of amending this court's order entered on January 30, 1986 (116 AD2d 539), by deleting the last sentence of said order and by amending the memorandum decision filed therewith by deleting the words "with costs against defendant Metro Systems Corp." at the end of the first paragraph of said memorandum decision and substituting a period for the comma appearing after the words "and otherwise affirmed." Concur—Sullivan, J. P., Carro, Asch, Kassal and Rosenberger, JJ.